STATE OF TEXAS &sect;

COUNTY OF HIDALGO &sect;

## AFFIDAVIT

**BEFORE ME**, the undersigned authority, on this day personally appeared Arturo C. Cuellar Jr., who after being duly sworn stated:

"My name is Arturo C. Cuellar Jr.  I have read the facts contained in this Motion to Recuse and they are true and correct to my knowledge and belief. I was the sole owner of J-III Trucking on January 29, 2015. I paid a monthly premium for insurance coverage on J-III vehicles and signed the monthly checks. At the time of the accident with Judge Micaela Alvarez, my policy limits were one million dollars - $1,000,000.00. I was served with a lawsuit in case number CL-15-1052-E where Judge Micaela Alvarez sued J-III Trucking Company."

_____
Arturo C. Cuellar Jr.
Affiant

**SUBSCRIBED AND SWORN TO BEFORE ME** on May 6, 2019, to certify which witness my hand and seal of office.

Imelda A. Garcia
My Commission Expires
06/23/2021
ID No. 125336064

_____
Notary Public, State of Texas