UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

UNITED STATES OF AMERICA

v.                                                    Case Number: 7:19–cr–00522

Arturo C. Cuellar

NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Micaela Alvarez

**PLACE:**

Bentsen Tower
1701 W. Hwy. 83
McAllen, Texas 78501

**DATE:**  5/29/2019

**TIME:**  02:00 PM

**TYPE OF PROCEEDING:**  Motion Hearing

Date:   May 20, 2019

                                                    David J. Bradley, Clerk