United States District Court
Southern District of Texas
**ENTERED**
June 03, 2019
David J. Bradley, Clerk

United States District Court
Southern District of Texas
FILED

JUN 0 3 2019

David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § § | CRIMINAL ACTION NO. 7:19-CR-00522-3 |
| ARTURO C. CUELLAR; aka AC | § | |

### ORDER

After considering Arturo C. Cuellar Jr.'s "Unopposed Motion to Modify Conditions of Release" [*Dkt. No. 65*], the Court **GRANTS** the motion to travel in the following manner: Arturo C. Cuellar Jr. may travel to San Antonio, Texas, located in the Western District of Texas on *Wednesday, June 12, 2019 and return no later than Sunday, June 16, 2019*. The Defendant must report to his pretrial officer prior to leaving and when he returns. All other conditions remain unchanged.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 3rd day of June, 2019.

Micaela Alvarez
United States District Judge

1 / 1