United States District Court
Southern District of Texas
**ENTERED**
July 01, 2019
David J. Bradley, Clerk

United States District Court
Southern District of Texas
FILED

JUL 0 1 2019

David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 7:19-CR-00522-3 |
| | § | |
| ARTURO C. CUELLAR; aka AC | § | |

# ORDER

On this date came on to be considered Arturo C. Cuellar Jr.'s "Unopposed Motion to Modify Conditions of Release" [*Dkt. No. 78*]. The Court hereby **GRANTS** the motion. Accordingly, Arturo C. Cuellar Jr. may travel to San Antonio, Texas, located in the Western District of Texas on *Tuesday, July 16, 2019 and return no later than Sunday, July 21, 2019*. The Defendant must report to his pretrial officer prior to leaving and when he returns. All other conditions remain unchanged.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 1st day of July, 2019.

Micaela Alvarez
United States District Judge