United States District Court
Southern District of Texas
FILED
SEP 06 2019
David J. Bradley, Clerk

United States District Court
Southern District of Texas
**ENTERED**
September 06, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | CRIMINAL ACTION NO. 7:19-CR-00522-3 |
| § | |
| ARTURO C. CUELLAR; aka AC § | |

### ORDER

On this date came on to be considered Arturo C. Cuellar Jr.'s "Unopposed Motion to Modify Conditions of Release" [*Dkt. No. 94*]. The Court hereby **GRANTS** the motion. Accordingly, Arturo C. Cuellar Jr. may travel to Dallas, Texas, on *Wednesday, September 18, 2019 and return no later than Monday, September 23, 2019*. The Defendant must report to his pretrial officer prior to leaving and when he returns. All other conditions remain unchanged.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 6th day of September, 2019.

_____
Micaela Alvarez
United States District Judge