United States District Court
Southern District of Texas
**ENTERED**
October 22, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § | CRIMINAL ACTION NO. 7:19-CR-522 |
| DANIEL J. GARCIA | § § | |

## ORDER

Came on to be considered "Defendant's Unopposed Motion for Continuance" [*Dkt. No. 117*]. Defendant seeks additional time as discovery is ongoing. The motion also notes that Defendants Ricardo Quintanilla and Arturo C. Cuellar agree that a continuance is necessary. The Court finds that the failure to grant the motion would likely make a continuation of such proceeding impossible or result in a miscarriage of justice and, consequently, finds that the ends of justice served by granting such continuance outweigh the best interest of the public and the defendant in a speedy trial.

It is therefore, ORDERED that the motion is hereby **GRANTED** and this case as to all three Defendants is continued for the reasons stated above.

It is further ORDERED that the Final Pretrial previously set for November 25, 2019, at 9:00 a.m. is hereby reset for *February 4, 2020, at 9:00 a.m.* and Jury Selection previously set for December 2, 2019, at 9:00 a.m. is hereby reset for *February 6, 2020, at 9:00 a.m.* in the Ninth Floor Courtroom, Bentsen Tower, 1701 West Business Highway 83 McAllen, Texas.

IT IS SO ORDERED.
DONE at McAllen, Texas, this 22 day of October, 2019.

Micaela Alvarez
United States District Judge