United States District Court
Southern District of Texas
FILED

NOV 20 2019

David J. Bradley, Clerk

United States District Court
Southern District of Texas
**ENTERED**
November 20, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| VS. | § | CRIMINAL ACTION NO. 7:19-CR-00522-3 |
| ARTURO C. CUELLAR; aka AC | § § | |

### ORDER

On this date came on to be considered Arturo C. Cuellar Jr.'s "Unopposed Motion to Modify Conditions of Release" [*Dkt. No. 127*]. The Court, after duly considering said motion, hereby **GRANTS** the motion. Accordingly, Arturo C. Cuellar Jr. may travel to Austin, Texas, located in the Western District of Texas, on *Wednesday, December 4, 2019 and return on Sunday, December 8, 2019*. The defendant must report to his pretrial officer prior to leaving and when he returns. All other conditions remain unchanged.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 20th day of November, 2019.

_____
Micaela Alvarez
United States District Judge