United States District Court
Southern District of Texas
**ENTERED**
December 10, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § | CRIMINAL ACTION NO. 7:19-CR-00522-3 |
| ARTURO C. CUELLAR; aka AC | § § | |

### ORDER

On this date came on to be considered Arturo C. Cuellar's "Unopposed Motion to Modify Conditions of Release" [*Dkt. No. 131*]. The Court, after duly considering said motion, hereby **GRANTS** the motion. Accordingly, Arturo C. Cuellar may travel to Lockney, Texas, located in the Northern District of Texas, on *Thursday, December 12, 2019 and return on Sunday, December 15, 2019*. The defendant must report to his pretrial officer prior to leaving and when he returns. All other conditions remain unchanged.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 10th day of December, 2019.

_____
Micaela Alvarez
United States District Judge