United States District Court
Southern District of Texas

**ENTERED**

January 21, 2020
David J. Bradley, Clerk

United States District Court
Southern District of Texas
FILED

JAN 2 1 2020

David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 7:19-CR-00522-3 |
| | § | |
| ARTURO C. CUELLAR; aka AC | § | |

## **ORDER**

On this date came on to be considered Arturo C. Cuellar Jr.'s "Unopposed Motion to Modify Conditions of Release" [*Dkt. No. 139*]. The Court, after duly considering said motion, hereby **GRANTS** the motion to travel. Accordingly, Arturo C. Cuellar may travel to Washington, D.C. on *Saturday, February 1, 2020 and return on Tuesday, February 4, 2020.* The defendant must report to his pretrial officer prior to leaving and when he returns. All other conditions remain unchanged.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 21st day of January, 2020.

Micaela Alvarez
United States District Judge