United States District Court
Southern District of Texas
FILED
JAN 29 2020
David J. Bradley, Clerk

United States District Court
Southern District of Texas
**ENTERED**
January 31, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § | CRIMINAL ACTION NO. 7:19-CR-00522-3 |
| ARTURO C. CUELLAR; aka AC | § § § | |

### ORDER

On this date came on to be considered Arturo C. Cuellar Jr.'s "Amended Unopposed Motion to Modify Conditions of Release" [*Dkt. No. 144*]. The Court, after duly considering said motion, hereby **GRANTS** the motion to travel. Accordingly, Arturo C. Cuellar may travel to Washington, D.C. on *Saturday, February 1, 2020 and return on Wednesday, February 5, 2020*. The defendant must report to his pretrial officer prior to leaving and when he returns. All other conditions remain unchanged.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 29th day of January, 2020.

Micaela Alvarez
United States District Judge