United States District Court
Southern District of Texas
**ENTERED**
May 12, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| VS. | § | CRIMINAL ACTION NO. 7:19-CR-00522-3 |
| | § § | |
| ARTURO C. CUELLAR; aka AC | § | |

## ORDER

Now before the Court is Arturo C. Cuellar's "Amended Motion to Modify Conditions of Release" [*Dkt. No. 176*]. The Court, after duly considering said motion, hereby **GRANTS** the motion to travel. Accordingly, Arturo C. Cuellar may travel to Orlando, Florida with his family on *Friday, June 5, 2020 and return no later than Saturday, June 13, 2020*. The Defendant must report to his pretrial officer prior to leaving and when he returns. All other conditions remain unchanged.

IT IS SO ORDERED.

DONE at McAllen, Texas, this ____ day of May, 2020.

Micaela Alvarez
United States District Judge