United States District Court
Southern District of Texas
**ENTERED**
November 30, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § § | CRIMINAL ACTION NO. 7:19-CR-00522-3 |
| ARTURO C. CUELLAR; aka AC | § | |

## ORDER

On this date came on to be considered Arturo C. Cuellar Jr.'s "Motion to Modify Conditions of Release" [*Dkt. No. 216*]. The Court, after duly considering said motion, hereby **GRANTS** the motion to travel. Accordingly, Arturo C. Cuellar Jr. may travel to San Antonio, Texas, located in the Western District of Texas on *Wednesday, December 9, 2020 and return no later than Monday, December 14, 2020.* The Defendant must report to his pretrial officer prior to leaving and when he returns. All other conditions remain unchanged.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 30th day of November, 2020.

_____
Micaela Alvarez
United States District Judge