United States District Court
Southern District of Texas
**ENTERED**
April 22, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 7:19-CR-00522-3 |
| | § | |
| ARTURO C. CUELLAR; aka AC | § | |

## ORDER

On this date came on to be considered Arturo C. Cuellar Jr.'s "Motion to Modify Conditions of Release."[1] The Court notes defendant does not provide any information as to where he will stay during his visit to Las Vegas, Nevada. But even if Defendant provided that information, the Court is unconvinced that the motion should be granted. The Court further notes that the government is opposed to the relief sought in this motion. Thus, the Court finds that the motion should be and is hereby **DENIED**.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 22nd day of April, 2021.

_____
Micaela Alvarez
United States District Judge

---

[1] Dkt. No. 250.