# Exhibit 1

| | |
|---|---|
| From: | Carlos Garcia |
| To: | "Leo, Leo J. (USATXS)"; email@thegarciafirm.com |
| Cc: | Imelda |
| Subject: | CUELLAR |
| Date: | Monday, February 9, 2015 2:00:43 PM |

James,

I spoke to my client. We are in for "show and tell" for this week if your agents can swing it. We have either Thursday or Friday available. Let me know what times you have at your disposal and where the meeting will be.

Thanks,

Carlos

**CARLOS A. GARCÍA**
THE LAW OFFICE OF CARLOS A. GARCÍA
1305 E. Griffin Pkwy.
Mission, Texas 78572
p. 956.584.1448
f. 956.584.7402
www.thegarciafirm.com

NOTICE OF CONFIDENTIAL INFORMATION

This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission.