# Exhibit 2

| | |
|---|---|
| From: | Carlos Garcia |
| To: | ~~[redacted]~~ |
| Cc: | ~~[redacted]~~ |
| Subject: | AC Cuellar |
| Date: | Wednesday, February 28, 2018 3:07:00 PM |

Agent Malkiewicz,

Please accept this email as follow-up on my phone call earlier this afternoon. As I stated on the telephone, I am and have been Mr. Cuellar's attorney for the last several years. I have previously given notice to the FBI office and the US Attorney's Office in McAllen (Jimmy Leo and James Sturgis) about my representation of Mr. Cuellar. Respectfully, if the FBI or the US Attorney's Office in McAllen would like to speak to my client please reach out to me before making contact directly.

Thank you,


CARLOS A. GARCÍA
THE LAW OFFICE OF CARLOS A. GARCÍA
1305 E. Griffin Pkwy
Mission, Texas 78572
p. 956.584.1448
f. 956.584.7402
www.thegarciafirm.com



BOARD CERTIFIED®
Texas Board of Legal Specialization
CRIMINAL LAW

**CONFIDENTIALITY NOTICE:**
The contents of this email message and any attachments are intended solely for the addressee(s)
and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message
has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.