United States District Court
Southern District of Texas
**ENTERED**
August 03, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 7:19-CR-00522-3 |
| | § | |
| ARTURO C. CUELLAR; aka AC | § | |

# ORDER

On this date came on to be considered Defendant Arturo C. Cuellar Jr.'s "Motion to Modify Conditions of Release."[1] The Court notes Defendant does not provide any information about the purpose of his visit and where he will stay during his visit to San Antonio, Texas. Thus, the Court finds that the motion to travel should be and is hereby **DENIED**.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 2nd day of August, 2021.

Micaela Alvarez
United States District Judge

---

[1] Dkt. No. 289.