United States District Court
Southern District of Texas
**ENTERED**
September 10, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | CRIMINAL ACTION NO. 7:19-CR-00522-3 |
| § | |
| ARTURO C. CUELLAR; aka AC § | |

## ORDER

Came on to be considered Arturo C. Cuellar's "Unopposed Motion to Modify Conditions of Release."[1] The Court, after duly considering said motion, finds that the motion should be and is hereby **GRANTED**. Accordingly, Arturo C. Cuellar is permitted to travel to Dallas, Texas on *Friday, September 24, 2021 at return no later than Sunday, September 26, 2021*. Defendant must report to his pretrial officer prior to leaving and when he returns. All other conditions remain unchanged.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 10th day of September, 2021.

_____
Micaela Alvarez
United States District Judge

---

[1] Dkt. No. 309.