UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 7:19-cr-00522 |
| | § | 01, 03 |
| RICARDO QUINTANILLA and | § | |
| ARTURO C. CUELLAR, | § | |
| Defendants. | § | |

## ORDER

Came on to be considered the "Government's Unopposed Emergency Motion for Status Hearing."[1] The Government advises the Court that based on discussions between government counsel and defense counsel, "[t]he Government understands that Defendant Quintanilla recently suffered a health event that may impede his ability to participate in trial in this matter should it commence on June 13, 2022."[2] After duly considering the motion, the Court finds that the motion should be and is hereby **GRANTED**.

Accordingly, the Court, finds it appropriate to schedule a Status Conference in this case. Therefore, a Status Conference will be conducted on **May 24, 2022, at 3:00 p.m**. via videoconference.

Details regarding the method of participation in the videoconference will come prior to the scheduled hearing. All attorneys appearing on behalf of parties in this case should be sure to update their information with the Clerk of the Court.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 23rd day of May 2022.

Micaela Alvarez
United States District Judge

---

[1] Dkt. No. 338.
[2] *Id.* ¶ 2.