United States District Court
Southern District of Texas
**ENTERED**
June 02, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 7:19-cr-00522-1,3 |
| § | |
| RICARDO QUINTANILLA and ARTURO § | |
| C. CUELLAR § | |
| § | |
| Defendants. § | |

## **ORDER**

The Court now considers "Defendant Quintanilla's Unopposed Motion for Reconsideration of Order Denying Defendant's Unopposed Motion for Continuance of Trial"[1] and "Government's Response to Defendant Quintanilla's Unopposed Motion for Reconsideration of Order Denying Defendant's Unopposed Motion for Continuance of Trial."[2] In light of the motion, the Court finds that an additional Status Conference is necessary in this case. Accordingly, the Court hereby **CANCELS** the Jury Selection previously set for June 13, 2022 and **ORDERS** the parties to appear for a Status Conference on June 13, 2022 at 9 a.m.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 2nd day of June 2022.

_____
Micaela Alvarez
United States District Judge

---

[1] Dkt. No. 343.
[2] Dkt. No. 344.