United States District Court
Southern District of Texas
**ENTERED**
October 21, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § § § | |
| VS. § § | CRIMINAL ACTION NO. 7:19-cr-00522 01, 03 |
| § § § | |
| RICARDO QUINTANILLA and ARTURO C. CUELLAR. § § | |

## ORDER

The jury in the above-captioned case was ordered to appear at 9:00 a.m. on Thursday, October 20, 2022, to hear closing arguments and begin its deliberations; therefore, the Clerk is hereby

ORDERED to provide the jury and alternates, with their lunch time meal on this date.

This order shall be directed to the Financial Section for reimbursement to the Clerk providing the meal.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 20th day of October 2022.

_____
Micaela Alvarez
United States District Judge