UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| VS. | § § § § | CRIMINAL ACTION NO. 7:19-cr-00522-03 |
| ARTURO C. CUELLAR, JR. | § | |

# ORDER

Came on to be considered Defendant, Arturo C. Cuellar, Jr.'s "Motion to Modify Conditions of Release."[1] The Court notes that Defendant's motion fails to state where he will be staying while in San Antonio, Texas. Accordingly, the motion is hereby **DENIED**.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 27th day of October 2022.

_____
Micaela Alvarez
United States District Judge

---

[1] Dkt. No. 396.